```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

| | |
|---|---|
| **DAVID LUCAS, # 180728,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 23-00316-JB-B |
| **C.O. HOLLIS, *et al*.,** | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 24, 2023 (Doc. 2) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE and ORDERED** this 18th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE