IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LUCAS, # 180728, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 23-00316-JB-B |
| | * |
| C.O. HOLLIS, *et al.*, | * |
| | * |
| Defendants. | * |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice** as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b)(1).

1915A(b)(1).

**DONE and ORDERED** this 18th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE